**EXHIBIT 1**

**19SL-CC04075**

Electronically Filed - St Louis County - September 10, 2019 - 10:01 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| JENNIFER BALLONI, | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Division: |
| | ) | |
| HOLTGRAVE DISTRIBUTING, INC., | ) | |
| **Serve at: Timothy Gerding** | ) | |
| **501 W. Cherry Street** | ) | |
| **Suite 200** | ) | |
| **Columbia, MO 65201** | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| TERRELL D. GLASPER, | ) | |
| **Serve at: 401 Saint John Drive** | ) | |
| **Belleville, IL 62221** | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION

COMES NOW Plaintiff Jennifer Balloni, through counsel, and for her cause of action against Defendants Holtgrave Distributing, Inc. and Terrell D. Glasper, states as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff Jennifer Balloni is a resident of the State of Missouri.

2. Defendant Terrell D. Glasper ("Glasper") is a resident of the State of Illinois.

3. Defendant Holtgrave Distributing, Inc. ("Holtgrave") is a foreign corporation in good standing and licensed to conduct business in the State of Missouri with a registered agent for the receipt of service of process located at 501 West Cherry Street, Suite 200, Columbia, Boone County, State of Missouri.

4. At all relevant times, including November 8, 2018, Defendant Glasper was an employee, agent and/or servant of Defendant Holtgrave and was acting for the benefit of and within the scope of his employment with Defendant Holtgrave.

1

Electronically Filed - St Louis County - September 10, 2019 - 10:01 AM

5. Highlands Boulevard, at or near its intersection with Highway 100, is an open and public thoroughfare located in the County of St. Louis, State of Missouri.

6. On or about November 8, 2018, Plaintiff Balloni operated her motor vehicle in a southerly direction on Highlands Boulevard, at or near its intersection with Highway 100.

7. At the above-mentioned time and place, Defendant Glasper, while acting for the benefit of and within the scope of his employment with Defendant Holtgrave, operated his motor vehicle in a southerly direction on Highlands Boulevard, at or near its intersection Highway 100, when he collided with the rear of Plaintiff's vehicle, causing Plaintiff injury and damage.

## COUNT I
## NEGLIGENCE — RESPONDEAT SUPERIOR
### *As to Defendant Holtgrave Distributing, Inc.*

COMES NOW Plaintiff Jennifer Balloni, through counsel, and for Count I of her cause of action against Defendant Holtgrave Distributing, Inc. states as follows:

8. Plaintiff restates and incorporates by reference the allegations contained in paragraphs 1-7 above as if more fully set forth herein.

9. At all relevant times, including November 8, 2018, Defendant Glasper was an employee, agent and/or servant of Defendant Holtgrave and was acting for the benefit of and within the scope of his employment with Defendant Holtgrave.

10. At the above-mentioned time and place, Defendant Holtgrave, as the operator of a motor vehicle by and through its employee, agent and/or servant Defendant Glasper, had the duty to exercise the highest degree of care for the safety of other persons upon the roadway, and was careless and negligent in one or more of the following respects:

    a. Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper, failed to maintain control of its vehicle;

Electronically Filed - St. Louis County - September 10, 2019 - 10:01 AM

b. Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper, failed to keep a careful lookout;

c. Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper, failed to operate its vehicle in a careful and prudent manner;

d. Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper, was following Plaintiff's vehicle too closely;

e. Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper, drove at an excessive speed;

f. Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper, failed to stop, slow, slacken its speed, sound its horn and/or swerve to avoid colliding with another vehicle when Defendant knew or should have known there was danger of a collision; and

g. Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper, collided with the rear of Plaintiff's vehicle.

11. As a direct and proximate result of Defendant Holtgrave's carelessness and negligence as detailed above, by and through its employee, agent and/or servant Defendant Glasper, Plaintiff was injured and damaged; Plaintiff sustained injuries to her left foot, left ankle, back, neck, head, and other body parts; Plaintiff required treatment and will require treatment in the future; Plaintiff's ability to work, labor and enjoy life has and will be impaired, all to her detriment and damage.

12. As a direct and proximate result of Defendant Holtgrave's carelessness and negligence as detailed above, by and through its employee, agent and/or servant Defendant Glasper, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future; Plaintiff lost wages and will lose wages in the future.

**WHEREFORE,** Plaintiff Jennifer Balloni respectfully prays for judgment against Defendant Holtgrave Distributing, Inc. in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus costs incurred herein and for such other relief as this Court deem just under the circumstances.

Electronically Filed - St Louis County - September 10, 2019 - 10:01 AM

**COUNT II**
**NEGLIGENCE *PER SE* — RSMo. § 304.012 — RESPONDEAT SUPERIOR**
*As to Defendant Holtgrave Distributing, Inc.*

COMES NOW Plaintiff Jennifer Balloni, through counsel, and for Count II of her cause of action against Defendant Holtgrave Distributing, Inc. states as follows:

13. Plaintiff restates and incorporates by reference the allegations contained in paragraphs 1-12 above as if more fully set forth herein.

14. At all relevant times, including November 8, 2018, Defendant Glasper was an employee, agent and/or servant of Defendant Holtgrave and was acting for the benefit of and within the scope of his employment with Defendant Holtgrave.

15. The above-described collision was caused by the *per se* negligence of Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper, as follows:

   a. RSMo. § 304.012.1 states, "[e]very person operating a motor vehicle on the roads and highways of this state shall drive the vehicle in a careful and prudent manner and at a rate of speed so as not to endanger the property of another or the life or limb of any person and shall exercise the highest degree of care.";

   b. Plaintiff was within the class of persons intended to be protected by RSMo. § 304.012.1;

   c. Plaintiff's injuries are of the nature that RSMo. § 304.012.1 was designed to prevent;

   d. Defendant Holtgrave, by and through its employee, agent, and/or servant Defendant Glasper, failed to drive its vehicle in a careful and prudent manner and at a rate of speed so as not to endanger the property of another or the life or limb of any person, and therefore violated RSMo. § 304.012.1;

   e. Defendant Holtgrave, by and through its employee, agent and/or servant Defendant Glasper's violation of RSMo. § 304.012.1 proximately caused Plaintiff's injuries and Defendant Holtgrave was thereby negligent *per se*.

16. As a direct and proximate result of Defendant Holtgrave's carelessness and negligence as detailed above, by and through its employee, agent and/or servant Defendant Glasper, Plaintiff was injured and damaged; Plaintiff sustained injuries to her left foot, left ankle, back, neck, head, and other body parts; Plaintiff

4

Electronically Filed - St Louis County - September 10, 2019 - 10:01 AM

required treatment and will require treatment in the future; Plaintiff's ability to work, labor and enjoy life has and will be impaired, all to her detriment and damage.

17. As a direct and proximate result of Defendant Holtgrave's carelessness and negligence as detailed above, by and through its employee, agent and/or servant Defendant Glasper, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future; Plaintiff lost wages and will lose wages in the future.

**WHEREFORE,** Plaintiff Jennifer Balloni respectfully prays for judgment against Defendant Holtgrave Distributing, Inc. in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus costs incurred herein and for such other relief as this Court deem just under the circumstances.

**COUNT III**
**NEGLIGENCE**
*As to Defendant Terrell D. Glasper*

COMES NOW Plaintiff Jennifer Balloni, through counsel, and for Count III of her cause of action against Defendant Terrell D. Glasper, states as follows:

18. Plaintiff restates and incorporates by reference the allegations contained in paragraphs 1-17 above as if more fully set forth herein.

19. At the above-mentioned time and place, Defendant Glasper, as the operator of a motor vehicle, had the duty to exercise the highest degree of care for the safety of other persons upon the roadway, and was careless and negligent in one or more of the following respects:

  a. Defendant Glasper failed to maintain control of his vehicle;

  b. Defendant Glasper failed to keep a careful lookout;

  c. Defendant Glasper failed to operate his vehicle in a careful and prudent manner;

Electronically Filed - St Louis County - September 10, 2019 - 10:01 AM

    d. Defendant Glasper was following Plaintiff's vehicle too closely;

    e. Defendant Glasper drove at an excessive speed;

    f. Defendant Glasper failed to stop, slow, slacken his speed, sound his horn and/or swerve to avoid colliding with another vehicle when Defendant knew or should have known there was danger of a collision; and

    g. Defendant Glasper collided with the rear of Plaintiff's vehicle.

20. As a direct and proximate result of Defendant Glasper's carelessness and negligence as detailed above, Plaintiff was injured and damaged; Plaintiff sustained injuries to her left foot, left ankle, back, neck, head, and other body parts; Plaintiff required treatment and will require treatment in the future; Plaintiff's ability to work, labor and enjoy life has and will be impaired, all to her detriment and damage.

21. As a direct and proximate result of Defendant Glasper's carelessness and negligence as detailed above, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future; Plaintiff lost wages and will lose wages in the future.

**WHEREFORE,** Plaintiff Jennifer Balloni respectfully prays for judgment against Defendant Terrell D. Glasper in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus costs incurred herein and for such other relief as this Court deem just under the circumstances.

### COUNT IV
### NEGLIGENCE *PER SE* — RSMo. § 304.012
### *As to Defendant Terrell D. Glasper*

COMES NOW Plaintiff Jennifer Balloni, through counsel, and for Count IV of her cause of action against Defendant Terrell D. Glasper states as follows:

22. Plaintiff restates and incorporates by reference the allegations contained in paragraphs 1-21 above as if more fully set forth herein.

Electronically Filed - St Louis County - September 10, 2019 - 10:01 AM

23. The above-described collision was caused by the *per se* negligence of Defendant

Glasper, as follows:

    a. RSMo. § 304.012.1 states, "[e]very person operating a motor vehicle on the roads and highways of this state shall drive the vehicle in a careful and prudent manner and at a rate of speed so as not to endanger the property of another or the life or limb of any person and shall exercise the highest degree of care.";

    b. Plaintiff was within the class of persons intended to be protected by RSMo. § 304.012.1;

    c. Plaintiff's injuries are of the nature that RSMo. § 304.012.1 was designed to prevent;

    d. Defendant Glasper failed to drive his vehicle in a careful and prudent manner and at a rate of speed so as not to endanger the property of another or the life or limb of any person, and therefore violated RSMo. § 304.012.1;

    e. Defendant Glasper's violation of RSMo. § 304.012.1 proximately caused Plaintiff's injuries and Defendant Glasper was thereby negligent *per se*.

24. As a direct and proximate result of Defendant Glasper's carelessness and

negligence as detailed above, Plaintiff was injured and damaged; Plaintiff

sustained injuries to her left foot, left ankle, back, neck, head, and other body

parts; Plaintiff required treatment and will require treatment in the future;

Plaintiff's ability to work, labor and enjoy life has and will be impaired, all to her

detriment and damage.

25. As a direct and proximate result of Defendant Glasper's carelessness and

negligence as detailed above, Plaintiff incurred treatment expenses in an amount

not yet determined and will incur treatment expenses in the future; Plaintiff lost

wages and will lose wages in the future.

**WHEREFORE,** Plaintiff Jennifer Balloni respectfully prays for judgment against

Defendant Terrell D. Glasper in an amount that is fair and reasonable in excess of

Twenty-Five Thousand Dollars **($25,000.00),** plus costs incurred herein and for such

other relief as this Court deem just under the circumstances.

Electronically Filed - St. Louis County - September 10, 2019 - 10:01 AM

**HOLLAND INJURY LAW, LLC**


_/s/ William K. Holland_
**WILLIAM HOLLAND #40399**
**wholland@whollandinjurylaw.com**
**JOHN H. MOFFITT, III #66091**
**jmoffitt@whollandinjurylaw.com**
**130 S. Bemiston, Suite 706**
**St. Louis, MO 63105**
**(314) 888-7888 – Office**
**(314) 833-3995 – Fax**

*ATTORNEYS FOR PLAINTIFF*



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number: 19SL-CC04075 |
|---|---|
| Plaintiff/Petitioner:<br>JENNIFER BALLONI | Plaintiff's/Petitioner's Attorney/Address<br>WILLIAM KING HOLLAND<br>130 S. BENISTON AVE.<br>SUITE 706 |
| vs. | ST. LOUIS, MO 63105 |
| Defendant/Respondent:<br>HOLTGRAVE DISTRIBUTING, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  HOLTGRAVE DISTRIBUTING, INC.
                                              Alias:

C/O TIMOTHY GERDING
501 W. CHERRY ST., SUITE 200
COLUMBIA, MO 65201

*COURT SEAL OF*



*ST. LOUIS COUNTY*

> You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
> SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>18-SEP-2019</u>
Date

Further Information:
AD

_____ /Clerk

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                                    _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*        Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                            Date                                 Notary Public

| Sheriff's Fees, if applicable | | | |
|---|---|---|---|
| Summons | $ | | |
| Non Est | $ | | |
| Sheriff's Deputy Salary | | | |
| Supplemental Surcharge | $    10.00 | | |
| Mileage | $ | (_____ miles @ $._____ per mile) | |
| **Total** | $ | | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number: 19SL-CC04075 |
|---|---|
| Plaintiff/Petitioner:<br>JENNIFER BALLONI | Plaintiff's/Petitioner's Attorney/Address:<br>WILLIAM KING HOLLAND<br>130 S. BENISTON AVE.<br>SUITE 706 |
| vs. | ST. LOUIS, MO 63105 |
| Defendant/Respondent:<br>HOLTGRAVE DISTRIBUTING, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **TERRELL GLASPER**
                           Alias:

**401 SAINT JOHN DRIVE**
**BELLEVILLE, IL 62221**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

          You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

          **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

    <u>18-SEP-2019</u>
       Date
       Further Information:
       AD

                                        Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
     ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
     _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

     ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
     _____ (name) _____ (title).
     ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____         _____
    Printed Name of Sheriff or Server                  Signature of Sheriff or Server

            **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
            I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                           ☐ the judge of the court of which affiant is an officer.
*(Seal)*                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                           ☐ authorized to administer oaths. (use for court-appointed server)

                                          _____
                                           Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $ | ( _____ miles @ $ _____ per mile) |
| **Total** | $ | |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

201900 7037



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

Electronically Filed - St Louis County - October 09, 2019 - 02:21 PM

| | |
|---|---|
| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number:  19SL-CC04075 |
| Plaintiff/Petitioner:<br>JENNIFER BALLONI | Plaintiff's/Petitioner's Attorney/Address<br>WILLIAM KING HOLLAND<br>130 S. BENISTON AVE.<br>SUITE 706<br>ST. LOUIS, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>HOLTGRAVE DISTRIBUTING, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  HOLTGRAVE DISTRIBUTING, INC.
Alias:

C/O TIMOTHY GERDING
501 W. CHERRY ST., SUITE 200
COLUMBIA, MO 65201

*RECEIVED*

*SEP 20 2019*

*BOONE COUNTY*

*COURT SEAL OF*

*ST. LOUIS COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

18-SEP-2019
**Date**

**Further Information:**
AD

_____
Clerk

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

Tamara Barrett (name) Paralegal (title).

☐ other
Served at 501 W Cherry Suite 200 (address)
in Boone (County/City of St. Louis), MO, on 9-24-19 (date) at 0924 (time).

D Carey, J Strom (signature)
**Printed Name of Sheriff or Server**          **Signature of Sheriff or Server**

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____     _____
                        **Date**                    **Notary Public**

Electronically Filed - St Louis County - October 09, 2019 - 02:21 PM

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $ | 20.00 |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ | 10.00 |
| Mileage | $ | (_____ miles @ $._____ per mile) |
| **Total** | $ | 30.00 |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Louis County - October 09, 2019 - 02:21 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number: 19SL-CC04075 |
|---|---|
| Plaintiff/Petitioner:<br>JENNIFER BALLONI | Plaintiff's/Petitioner's Attorney/Address:<br>WILLIAM KING HOLLAND<br>130 S. BENISTON AVE.<br>SUITE 706<br>ST. LOUIS, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>HOLTGRAVE DISTRIBUTING, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **TERRELL GLASPER**
               Alias:

**401 SAINT JOHN DRIVE**
**BELLEVILLE, IL 62221**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

       You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
       **SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

    **18-SEP-2019**
    Date                                                 Clerk
    Further Information:
    AD

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____Deputy_____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☒ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ___Wilbert Hackett___, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other (describe)_____

Served at ___401 St John___ _____ (address)
in ___St Clair___ County, ___IL___ (state), on ___9-24-19___ (date) at ___0851___ (time).

___Ramone Collns___             ___R.L.Co #363___
Printed Name of Sheriff or Server          Signature of Sheriff or Server

    **Subscribed and Sworn To me before this** ___24th___ (day) ___September___ (month) ___2019___ (year)
    I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                        ☐ the judge of the court of which affiant is an officer.
                        ☐ authorized to administer oaths in the state in which the affiant served the above summons.
    **"OFFICIAL SEAL"**      (use for out-of-state officer)
    **FLORENE ANTHONY**   ☐ authorized to administer oaths. (use for court-appointed server)
    NOTARY PUBLIC — STATE OF ILLINOIS
    MY COMMISSION EXPIRES APRIL 28, 2022                          Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $ _____ per mile) |
| Total | $_____ | |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

Electronically Filed - St Louis County - October 09, 2019 - 02:21 PM



St. Clair County Sheriff Department
### ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 23, 2019 at 12:30 pm

Richard Watson
Sheriff

## AFFIDAVIT OF SERVICE

Sheirff's Number: IC1903839

Case Number: 19SL-CC04075

Defendant: TERRELL GLASPER
Address: 401 ST JOHN DRIVE
         BELLEVILLE, ILLINOIS 62221

Filed Date: Unknown

Received Date: 09/23/2019

Plaintiff:

### SUMMONS WAS SERVED

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1.   PERSONAL SERVICE: By leaving a copy of the summons and complaint with the named defendant personally.

✗ 2.   SUBSTITUTE SERVICE: By leaving a copy of the summons and complaint at the defendant''s usual abode with some person of the family, of the age of 13 years and upwards, and informing that person of the contents thereof. Also, a copy of the summons was mailed on the _25th_ day of _Sept_ 20 _19_, in a sealed envelope with postage prepaid, addressed to the defendant at his or her usual place of abode.

_____ Said Party Refused Name:

___ 3.   SERVICE ON: CORPORATION:___ COMPANY: ___ BUSINESS: ___ PARTNERSHIP: ___
         By leaving a copy of the summons and complaint (or interrogatories) with the registered agent, authorized person or partner of the defendant.

Writ Served On: _Wilbert Rockett_   Sex: _M_ Race: _B_ Age: _28_

Richard Watson, Sheriff, By: _R.A.G. #363_, Deputy.   Date of Service _Sept 24, 2019_

## THE NAMED DEFENDANT WAS NOT SERVED

Circle Reason: Moved,  No Contact, Empty Lot, Wrong Address, No Such Address, Employer Refusal, Returned By Attorney, Deceased, Building Demolished, No Registered Agent, Other Listed Below.

Other Reason Not Served

| Attempted Service | |
|---|---|
| Date | Time |
| 9-24-19 | 8:51 (A.M.)/P.M |
| _____ | ___:___ A.M./P.M |
| _____ | ___:___ A.M./P.M |
| _____ | ___:___ A.M./P.M |
| _____ | ___:___ A.M./P.M |
| _____ | ___:___ A.M./P.M |

___ SERVICE CANNOT BE OBTAINED THIS ____ DAY OF _____ 20___, ___:___ A.M./P.M.

Richard Watson , Sheriff, By: _____, Deputy.

683534