UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER BALLONI, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-CV-2862 RLW |
| HOLTGRAVE DISTRIBUTING, INC., and TERRELL D. GLASPER, | ) |
| Defendants. | ) |

## ORDER

In accordance with the parties' stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 28th day of April, 2020.